UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON CAROLLO,<br><br>    Plaintiff,<br><br>vs.<br><br>VERICREST FINANCIAL, INC. *et al.*,<br><br>    Defendants. | Case No.: 11-04767-YGR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLY WITH COURT'S JANUARY 18, 2012 ORDER** |

Plaintiff, *pro se*, has requested an extension of time to comply with this Court's January 18, 2012 reassignment order, which orders the parties to, *inter alia*, file a case management conference statement and deliver a binder of documents to Chambers. Plaintiff does not state the amount of time that she needs to comply with the Court's Order.

The deadline for the parties to file their Case Management Conference Statements and deliver a binder of documents to chambers as required by Paragraphs B and D of the Court's January 18, 2012 Reassignment Order is extended to **Monday, February 6, 2012**.

**IT IS SO ORDERED.**

Dated: January 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**