UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON CAROLLO, | No. C-11-04767-YGR (DMR) |
| Plaintiff(s), | **NOTICE OF VACATION OF SETTLEMENT CONFERENCE** |
| v. | |
| VERICREST FINANCIAL, INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes.

You are hereby notified that the settlement conference scheduled for May 11, 2012 is hereby VACATED. A future date will be forthcoming.

IT IS SO ORDERED.

Dated: April 30, 2012

_____
DONNA M. RYU
United States Magistrate Judge