United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHARON CAROLLO,** | **Case No.: 11-CV-04767 YGR** |
| **Plaintiff,** | **ORDER GRANTING DEFENDANTS'** |
| **vs.** | **ADMINISTRATIVE TO APPEAR BY TELEPHONE** |
| **VERICREST FINANCIAL, INC.** *et al.*, | |
| **Defendants.** | |

Defendants' administrative motion to participate by telephone at the September 11, 2012 hearing is **GRANTED**. Defendants are responsible for making any necessary arrangements to appear by telephone.

Oral argument on Defendants' Motion to Dismiss shall be heard at the end of the Court's law and motion calendar.

This Order Terminates Docket Number 82.

**IT IS SO ORDERED.**

Dated: September 10, 2012

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**