**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHARON CAROLLO,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**VERICREST FINANCIAL, INC.** *et al.***,**<br><br>　　　　**Defendants.** | Case No.: 11-CV-4767 YGR<br><br>**JUDGMENT** |

　　The Court having Granted Defendants' Motion to Dismiss Plaintiff's Complaint with Prejudice, it is **ORDERED** that **JUDGMENT** is entered in favor of Defendants and against Plaintiff who shall take nothing by way of this action.

　　**IT IS SO ORDERED.**

Dated: September 24, 2012

_____
　　**YVONNE GONZALEZ ROGERS**
　　**UNITED STATES DISTRICT COURT JUDGE**